**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No.: 3:13-cr-50-J-34JBT

DENNIS BURTON

_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 33; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on September 6, 2013. In the Report, the Magistrate Judge recommended that the Court deny Defendant Dennis Burton's Motion to Suppress (Dkt. No. 16), filed on July 11, 2013. See Report at 1. Defendant filed timely objections to the Report on September 19, 2013, see Defendant's Objection to Magistrate's Report and Recommendation (Dkt. No. 35; Objections).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Here, Plaintiff filed specific objections, some of which were related to the factual findings in the Report. See generally Objections. However, the Court notes that most of Defendant's Objections relate to facts which are immaterial to the disposition of the Motion. Moreover, upon de novo review of the record, the Court finds that the record supports the Magistrate Judge's findings as to the contested facts. Accordingly, the Court adopts the Magistrate Judge's factual findings in addressing the merits of Defendant's Motion to Suppress.[1] Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule Defendant's Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Objection to Magistrate's Report and Recommendation (Dkt. No. 35) is **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. No. 33) is **ADOPTED**.

3. Defendant's Motion to Suppress (Dkt. No. 16) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of November, 2013.

MARCIA MORALES HOWARD
United States District Judge

---

[1] The Court finds the Magistrate Judge's recommendation to be supported further by the Eleventh Circuit Court of Appeals' analysis in United States v. Lopez-Garcia, 565 F.3d 1306, 1310-14 (11th Cir. 2009). Additionally, the Court notes that while the facts support a finding that the stop was justified by reasonable suspicion as to both Defendant and his passenger, the reasonable suspicion as to the passenger alone, would have been sufficient to justify the stop under the facts before the Court. See Brendlin v. California, 551 U.S. 249, 257, n.3 (2007).

i18
Copies to:
Counsel of Record